STATE OF MINNESOTA

IN SUPREME COURT

ADM 10-8003



August 1, 2016

OFFICE OF
APPELLATE COURTS

**ORDER PROMULGATING AMENDMENTS TO THE
RULES OF JUVENILE DELINQUENCY
PROCEDURE**

Following amendments promulgated to the Rules of Juvenile Delinquency Procedure in 2015, we directed the Supreme Court Advisory Committee on the Rules of Juvenile Delinquency Procedure to continue to monitor the rules and report by April 1, 2016, whether any further amendments were recommended to facilitate the continued transition by the judicial branch to a more universal electronic court environment.

In a letter filed March 31, 2016, the committee reported that no further amendments were necessary, unless we adopted a new rule proposed by the Supreme Court Advisory Committee on the Rules of Criminal Procedure regarding electronic search warrant procedures. In that event, the Advisory Committee for the Rules of Juvenile Delinquency Procedure recommended an amendment to Rule 4.02 for consistency with the Rules of Criminal Procedure. In an order filed April 21, 2016, we opened a public comment period on the proposed amendments to the Rules of Juvenile Delinquency Procedure. One written comment was received, from the Minnesota State Bar Association, regarding the recommended amendment to Rule 4.02.

1

The court has carefully considered the committee's recommendations and the written comment.

Based on all of the files, records, and proceedings herein,

IT IS HEREBY ORDERED THAT:

1.     The attached amendments to the Rules of Juvenile Delinquency Procedure be, and the same are, prescribed and promulgated to be effective as of October 1, 2016. The rules as amended shall apply to all cases pending on or filed on or after the effective date.

2.     The inclusion of committee comments and amendments to the comments is for convenience and does not reflect court approval of the comments or the amendments to the comments.

Dated: August 1, 2016                    BY THE COURT:

Lorie S. Gildea
Chief Justice

2

# AMENDMENTS TO THE RULES OF JUVENILE DELINQUENCY PROCEDURE

*[Note: In the following amendments, deletions are indicated by a line drawn through the words and additions are indicated by a line drawn under the words.]*

## Rule 4.02 Search Warrants Upon Written Application

Issuance of search warrants based upon written application is governed by Minnesota Statutes, sections 626.04 through 626.18 and Minnesota Rules of Criminal Procedure 33.04, and 33.05, and 37, except as modified by this Rule. If the focus of the warrant pertains to a juvenile, the court may designate on the warrant that it shall be filed in the juvenile court. When so designated, the search warrant, warrant application, affidavit(s) or other supporting documents and inventories, including statements of unsuccessful execution and documents required to be served shall be deemed to be a juvenile court record under Rule 30.